UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN SUPAN, | Case No.: C 12-03612 PSG |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| CFCL TECHNOLOGIES, LTD., ISGN CORP.; and DOES 1-10, inclusive, | **(Re: Docket No. 17)** |
| Defendants. | |

On September 21, 2012, Plaintiff John Supan ("Supan") filed notice indicating that the parties had reached a settlement and were in the process of finalizing the agreement.[1] The notice stated that the parties would file a dismissal within 10 days of full settlement, which would take place on December 30, 2012. No dismissal has been filed. Accordingly, Supan shall file a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) no later than May 24, 2013. If a dismissal is not filed by that date, the parties shall appear on May 28, 2013 at 10:00 AM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

---

[1] *See* Docket No. 17.

Case No.: 12-3612 PSG
ORDER TO SHOW CAUSE

1

Dated: May 20, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No.: 12-3612 PSG
ORDER TO SHOW CAUSE